IN THE CIRCUIT COURT OF THE
9TH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

Case Number: 2010 CA 23563
#35

LATESIA R. MCINTYRE,

 Plaintiff,

6:10-cv-1824-Orl-28GJK

vs.

EISAI INC., a Foreign Corporation,
and MICHAEL F. DARLEY

 Defendants.

_____/

## COMPLAINT

Plaintiff, LATESIA R. MCINTYRE files this complaint against Defendants EISAI Inc., and MICHAEL F. DARLEY and in support thereof the Plaintiff states.

1. That this is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of attorneys fees and costs, and is otherwise within the jurisdiction of this Court.

2. That the Plaintiff is a resident of Lowndes County, Georgia, and at all times material hereto sui juris.

3. That the Defendant, EISAI INC.,., is a foreign corporation lawfully engaged in business in the State of Florida and with its principle place of business in Bergen County New Jersey and with offices in Orange County, Florida.

4. That the Defendant, MICHAEL F. DARLEY, was at all times material hereto,

operating a motor vehicle on public roads in Hamilton County, Florida, and is employed by Defendant EISAI Inc., in or resides in Orange County, Florida and is otherwise sui juris.

5. Defendants either reside, are employed or otherwise conduct business in Orange County, Florida and venue lies proper therein.

6. That the acts herein alleged, occurred on or about September 23, 2009, in Hamilton County, Florida

7. That at all times material hereto the Defendant, EISAI Inc., was the legal owner of a motor vehicle, and who gave permission, express or implied, to Defendant, MICHAEL F. DARLEY, to use said vehicle on public roads, in the State of, Florida.

7. That the Defendant, did have a duty to exercise reasonable care in his operation of said vehicle.

8. That the Defendant, MICHAEL F. DARLEY, breached that duty, to wit: on September 29, 2009 he failed to maintain a proper lookout; failed to keep his vehicle under control; negligently operated his motor vehicle; resulting in Defendant's vehicle striking vehicle in which Plaintiff was a passenger.

9. As a direct and proximate result of the Defendant's negligence, as stated above, the Plaintiff suffered a permanent disability, pain, suffering, loss of the enjoyment of life, costs of medical and rehabilitation care, and loss of the ability to earn money. These damages are continuing, and the Plaintiff will continue to suffer these damages in the future.

WHEREFORE the Plaintiff, LATESHA R. MCINTYRE, demands damages against the Defendants, EISAI INC., and MICHAEL F. DARLEY, jointly and severally, along with costs, and any other such relief this Court may deem proper.

### DEMAND FOR JURY TRIAL

The Plaintiff demands a trial by jury on all issues so triable by right.

THE GEORGE LAW GROUP P.A.
Attorneys for Plaintiff
315 SE 7th Street
Fort Lauderdale, Florida 33301
(954) 522-1177
Facsimile (954) 522-1572
Johng1148@aol.com

By: _____
John G George Esq.
Florida Bar Number: 369489

STATE OF FLORIDA, COUNTY OF ORANGE   I HEREBY CERTIFY
that the above and foregoing is a true copy of the original filed in this office
LYDIA GARDNER, Clerk Circuit Court
Date 12/2/10   By _____